UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| BLUEGREEN VACATIONS UNLIMITED, INC., a Florida corporation; AND BLUEGREEN VACATIONS CORPORATION, a Florida corporation,<br><br>Plaintiffs,<br><br>V.<br><br>THE MONTGOMERY LAW FIRM, LLC, a Missouri limited liability company; MONTGOMERY & NEWCOMB, LLC, a Missouri limited liability company; M. SCOTT MONTGOMERY, ESQ., an individual; W. TODD NEWCOMB, ESQ., an individual; PRINCIPAL TRANSFER GROUP, LLC, a Missouri limited liability company; JASON LEVI HEMINGWAY, an individual; and CLS, INC. D/B/A ATLAS VACATION REMEDIES and ALSO D/B/A PRINCIPAL TRANSFER GROUP, a Missouri corporation; and SQUARE ONE DEVELOPMENT GROUP, INC.,<br><br>Defendants. | Case No.: 1:19-cv-24704-JEM<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN DEFENDANTS** |

Defendants, THE MONTGOMERY LAW FIRM, LLC ("Montgomery Law Firm"); MONTGOMERY & NEWCOMB, LLC ("Montgomery & Newcomb"); M. SCOTT MONTGOMERY, ESQ. ("Montgomery") and W. TODD NEWCOMB, ESQ. ("Newcomb") (collectively referred to as "Defendants"), pursuant to S.D. Fla. R. 7.1(a)(1)(F), moves for the entry of an order permitting Attorneys Coleman W. Watson, Esq. and Leia V. Leitner, Esq. of the law firm of WATSON, LLP, to withdraw from this case and to terminate Attorneys Watson and Leitner's continued notices of record activity in this action from CM/ECF delivery because the firm of Watson LLP is having to cease operations in the very near future. And, in further support thereof said Motion, states as follows:

1. On November 13, 2019, Plaintiffs filed the instant action against Defendants for damages and injunctive relief for false advertising and contributory false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1) and under the causes of action for a defendant making false and/or misleading representations about its own goods or services, tortious interference with contractual relations, civil conspiracy, and violations of the Florida Deceptive and Unfair Trade Practices Act. *See generally* Doc. 1 at ¶¶112–187.

2. A few weeks later, on December 11, 2019, Coleman W. Watson, Esq. waived service of process and accepted service of the summons, along with a copy of the Complaint, on behalf of Defendants in this action. Doc. 8. That same day, the undersigned filed a notice of appearance of Counsel on behalf of Defendants. Doc. 9.

3. Due to unforeseen circumstances, however, Coleman W. Watson, Esq., suffered a serious medical issue (unrelated to COVID-19) and is unable to practice law at this time. As a result, the law firm of Watson, LLP is having to cease operations based on Mr. Watson's grave medical condition. As such, Attorneys Watson and Leitner of Watson, LLP seek to withdraw as counsel for Defendants in the above-referenced action: Case No.: 1:19-cv-24704-JEM.

4. "[N]o attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of Court after notice served on the attorney's client and opposing counsel. A motion to withdraw shall include a current mailing address for the attorney's client or the client's new or remaining counsel." S.D. Fla. R. 11.1(d)(3).

5. On March 27, 2020, the undersigned gave notice to Defendants of the reason for the termination of the attorney-client relationship and that Attorneys Watson and Leitner would seek to withdraw as counsel of record in this proceeding, which such notice complies with the local rules of this court. *See id.*

6. On March 31, 2020, the undersigned gave notice to opposing counsel that Attorneys Watson and Leitner of the law firm of Watson, LLP would be seeking a withdrawal as counsel of record as to Defendants, which such notice also complies with the local rules of this court. *See id.*

7.  The Motion for Withdrawal should be granted for several reasons. First, the Defendants and opposing counsel, were provided with the requisite notice and a full explanation of the grounds for this Motion. *See id.* Second, withdrawal should be permitted because Mr. Watson is unable to practice law at this time due to his significant medical condition. Finally, the law firm of Watson, LLP will be dissolved soon; thus, the undersigned will no longer be employed at Watson, LLP and will not have the means to effectively represent Defendants for the close of these proceedings.

8.  The current mailing address for Defendants, Montgomery Law Firm, Montgomery & Newcomb, Montgomery, and Newcomb, is as follows: 435 E. Walnut St., Springfield, MO 65806. *See id.*

9.  Accordingly, Coleman W. Watson and Leia V. Leitner of the law firm of WATSON, LLP are, therefore, seeking to withdraw from representing Defendants in Case No.: 1:19-cv-24704-JEM.

10. The undersigned respectfully requests thirty (30) days for Defendants, Montgomery Law Firm and Montgomery & Newcomb, to secure other counsel for the close of these proceedings. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); *see also Benjamin v. Airborne Sec. & Prot. Servs., Inc.*, No. 12-61624-CIV, 2012 WL 12886185, at *1 (S.D. Fla. Dec. 18, 2012) (explaining that corporations must be represented by counsel).

11. Attached as **Exhibit "A"** is a proposed Order for said Motion pursuant to Local Rule 7.1(a)(2).

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I HEREBY CERTIFY that on March 31, 2020, pursuant to Local Rule 7.1(a)(3), I conferred in good faith with opposing counsel to resolve the issues raised herein without court intervention. Opposing Counsel represented that they are unopposed to a substitution of counsel, but oppose a withdrawal of counsel for Defendants due to Attorney Ward's conduct during the discovery process in these proceedings, and the January 30, 2020 incident at the Middle District of Florida in the related matter titled: *Wyndham Vacation Ownership, Inc., et. al. v. Montgomery Law Firm, et. al.*: Case No.: 8:19-cv-1895-T-36-CPT. These issues,

however, are unrelated to Attorneys Watson and Leitner's conduct throughout these proceedings, but opposing counsel opposes the relief requested herein based on these grounds.

**WHEREFORE**, Defendants, THE MONTGOMERY LAW FIRM, LLC; MONTGOMERY & NEWCOMB, LLC; M. SCOTT MONTGOMERY, ESQ. and W. TODD NEWCOMB, ESQ., respectfully seeks the entry of an order granting leave for Attorneys Coleman W. Watson, Esq. and Leia V. Leitner, Esq. to withdraw as counsel, and for such other further relief that this Court deems just and necessary.

**DATED** on April 10, 2020

                                                    Respectfully submitted,

                                                    WATSON LLP

                                                    */s/ Leia V. Leitner*
                                                    **Coleman W. Watson, Esq.**
                                                    Florida Bar. No. 0087288
                                                    California Bar No. 266015
                                                    Georgia Bar No. 317133
                                                    New York Bar Reg. No. 4850004
                                                    Email: coleman@watsonllp.com
                                                                docketing@watsonllp.com
                                                    **Leia V. Leitner, Esq.**
                                                      Florida Bar No. 0105621
                                                    Email**:** leia@watsonllp.com

                                                   **WATSON LLP**
                                                   189 S. Orange Avenue
                                                   Suite 810
                                                   Orlando, FL 32801
                                                   Telephone: 407.377.6634
                                                   Facsimile: 407.377.6688

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 10, 2020, pursuant to Fed. R. Civ. P. 5(d)(3), I filed the foregoing document electronically with this court's CM/ECF system, which will serve an electronic copy of the foregoing document on the following counsel of record in this proceeding:

**Alfred J. Bennington, Jr.**
**Glennys Ortega Rubin**
**Michael J. Quinn**
Shutts & Bowen, LLP
Suite 1600
300 S Orange Ave.
Orlando, FL 32801
Email: bbennington@shutts.com
Email: grubin@shutts.com
Email: mquinn@shutts.com

**Daniel Joseph Barsky**
Shutts & Bowen, LLP
525 Okeechobee Blvd, Ste 1100
West Palm Beach, FL 33401-6351
Email: dbarsky@shutts.com

                                        */s/ Leia V. Leitner*
                                        Leia V. Leitner