## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division

BLUEGREEN VACATIONS UNLIMITED, INC., a Florida corporation; and BLUEGREEN VACATIONS CORPORATION, a Florida corporation,

Plaintiffs,

v.

THE MONTGOMERY LAW FIRM, LLC, *et al.*,

Defendants.

Case No.: 19-24704-CIV-MARTINEZ-OTAZO-REYES

### ORDER OF NO CONTACT BETWEEN PRO SE DEFENDANT, TAYLOR E. PETTIT, AND THIRD-PARTY BLUEGREEN TIMESHARE OWNER WITNESSES

**THIS CAUSE** having come before the Court upon Plaintiffs, Bluegreen Vacations Unlimited, Inc., a Florida corporation; and Bluegreen Vacations Corporation, a Florida corporation (collectively, "Plaintiffs" or "Bluegreen"), through undersigned counsel, seeking an Order of No Contact between Pro Se Defendant, Taylor E. Pettit, and third-party timeshare owner witnesses (the "Order of No Contact"), and the Court being duly advised in the premises, it is hereby ORDERED and ADJUDGED that:

1. Pro Se Defendant Pettit, individually or through his employees, agents, representatives, affiliated entities, and all other persons who are in active concert or participation with any of them, whether currently known or subsequently identified, shall be, for the duration of this litigation, completely restrained from, directly or indirectly, contacting any third-party Bluegreen timeshare owners who is identified as a potential witness in Bluegreen's Rule 26 disclosure or who is or shall be otherwise noticed for deposition or as a trial witness in this case.

2. The restrained conduct shall include in-person communications, as well as oral and/or written and electronic communications, including but not limited to telephone calls, text messages, e-mails, letters, other correspondence, fax, voicemails, instant message, social media messages, and/or packages.

**DONE** and **ORDERED** in Miami, Florida, this 3rd day of June, 2022.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Jose E. Martinez
      Counsel of Record