## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division

Case No.: 1:19-cv-24704-MARTINEZ/OTAZO-REYES

BLUEGREEN VACATIONS UNLIMITED, INC., a Florida corporation; and BLUEGREEN VACATIONS CORPORATION, a Florida corporation,

    Plaintiffs,

v.

THE MONTGOMERY LAW FIRM, LLC, a Missouri limited liability company; MONTGOMERY & NEWCOMB, LLC, a Missouri limited liability company; M. SCOTT MONTGOMERY, ESQ., an individual; W. TODD NEWCOMB, ESQ., an individual; PRINCIPAL TRANSFER GROUP, LLC, a Missouri limited liability company; JASON LEVI HEMINGWAY, an individual; CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP, a Missouri corporation; SQUARE ONE DEVELOPMENT GROUP, INC., a Missouri corporation; SQUARE ONE HOLDING GROUP, INC., a Colorado corporation; CONSUMER LAW PROTECTION, LLC, a Missouri limited liability company; CONSUMER RIGHTS COUNCIL, INC., a Missouri not-for-profit corporation; RESORT TRANSFER GROUP, LLC, d/b/a CONSUMER LAW PROTECTION LAWYERS, a Missouri limited liability company; PREMIER RESERVATIONS GROUP, LLC, a Missouri limited liability company; GEORGE L. REED, an individual; LOUANN REED, an individual; RESORT CONSULTING GROUP LLC, a Missouri limited liability company; TAYLOR E. PETTIT, an individual; and GERALD STRACKE, an individual,

    Defendants.

**LOCAL RULE 16.4 JOINT NOTICE OF RESOLUTION
BY PLAINTIFFS AND THE MONTGOMERY DEFENDANTS ONLY**

Pursuant to Local Rule 16.4, Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation (together, "Plaintiffs"), and Defendants, the Montgomery Law Firm, LLC ("MLF"), M. Scott Montgomery ("Montgomery"), W. Todd Newcomb ("Newcomb"), and Montgomery & Newcomb, LLC ("M&N") (together, the "Montgomery Defendants") (Plaintiffs and the Montgomery Defendants, collectively, the "Parties"), jointly submit this notice regarding resolution of the above styled matter as to the Parties only.  By way of update, the Parties have reached a final settlement resolving Plaintiffs' claims against the Montgomery Defendants only, in this case, which has been memorialized in writing. Notwithstanding the resolution, the Parties jointly request the Court retain jurisdiction over this matter attendant to the Montgomery Defendants until the Stipulated Final Injunction Order, which will be filed in short order, is entered, and the case is otherwise disposed of as to the Montgomery Defendants pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 9, 2022                                         Repectfully submitted,

/s/  Christian W. Waugh                                          /s/ Glennys Ortega Rubin
**CHRISTIAN W. WAUGH, ESQ.**                                     **ALFRED J. BENNINGTON, JR., ESQ.**
cwaugh@waughgrant.com                                            Florida Bar No. 0404985
**MORGAN FAYOCAVITZ, ESQ.**                                      bbennington@shutts.com
mfayocavitz@waughgrant.com                                       **GLENNYS ORTEGA RUBIN, ESQ.**
rwood@waughgrant.com                                             Florida Bar No. 556361
**WAUGH GRANT PLLC**                                             grubin@shutts.com
201 E. Pine Street, Ste. 315                                     **MICHAEL J. QUINN, ESQ.**
Orlando, FL 32801                                                Florida Bar No. 084587
Telephone: 321-800-6008                                          mquinn@shutts.com
Fax: 844-206-0245                                                **SHUTTS & BOWEN LLP**
                                                                 300 South Orange Avenue, Suite 1600
and                                                              Orlando, Florida 32801
                                                                 Telephone: (407) 835-6755
**VICTORIA S. LUNA, ESQ.**                                       Facsimile: (407) 849-7255
Florida Bar No. 37839
                                                                 and

| | |
|---|---|
| **MICHAEL A. NARDELLA, ESQ.** | **ERIC C. CHRISTU, ESQ.** |
| Florida Bar: 051265 | Florida Bar No. 434647 |
| **JOHN J. BENNETT, ESQ.** | ecchristu@shutts.com |
| Florida Bar: 98257 | **JONATHAN P. HART, ESQ.** |
| **NARDELLA & NARDELLA, PLLC** | Florida Bar No. 55982 |
| 135 W. Central Blvd., Ste. 300 | jhart@shutts.com |
| Orlando, Florida 32801 | **SHUTTS & BOWEN LLP** |
| Phone: (407) 966-2680 | 200 S. Biscayne Blvd., Suite 4100 |
| vluna@nardellalaw.com | Miami, Florida 33131 |
| | Telephone: (305) 358-6300 |
| *Attorneys for the Montgomery Defendants* | Facsimile: (305) 381-9982 |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will serve a copy via electronic mail upon the following CM/ECF Participants, and on the aforementioned date I caused a true and correct copy of the foregoing to be served via U.S. Mail, postage prepaid, upon the following non-CM/ECF Participants:

| | |
|---|---|
| Christian W. Waugh, Esq. | Samuel J. Dubbin, P.A. |
| Email: cwaugh@waughgrant.com | Email: sdubbin@dubbinkravetz.com |
| Morgan Fayocavitz, Esq. | Dubbin & Kravetz, LLP |
| Email: mfayocavitz@waughgrant.com | 1200 Anastasia Avenue |
| Add'l Email: rwood@waughgrant.com | Coral Gables, Florida 33134 |
| Waugh Grant PLLC | Telephone: 305-371-4700 |
| 201 E. Pine Street, Suite 315 | *Attorney for Consumer Law Protection, LLC,* |
| Orlando, FL 32801 | *Consumer Rights Council, Inc., Premier* |
| Telephone: 321-800-6008 | *Reservations Group, LLC, George Reed,* |
| Facsimile: 844-206-0245 | *LouAnn Reed, Resort Transfer Group, LLC,* |
| *Attorneys for The Montgomery Law Firm, LLC, Montgomery & Newcomb, LLC, M. Scott Montgomery, Esq. and W. Todd Newcomb, Esq.* | *Square One Holding Group, Inc., and Square One Development Group, Inc.* |
| | |
| Michael A. Nardella, Esq. | Michael Sokolik, Esq. (Pro Hac Vice) |
| Email: mnardella@nardellalaw.com | Email: michaels@squareonehelp.com |
| John J. Bennett, Esq. | 1610 Des Peres Road, Suite 150 |
| Email: jbennett@nardellalaw.com | Suite 150 |

3

Victoria S. Luna, Esq.
Email: vluna@nardellalaw.com
Add'l Email: nmacdougall@nardellalaw.com
NARDELLA & NARDELLA PLLC
135 W. Central Blvd., Suite 300
Orlando, Florida 32801
Telephone: (407) 966-2860
*Co-Counsel for Montgomery & Newcomb, LLC, , Montgomery Law Firm, LLC, M. Scott Montgomery, Esq. and W. Todd Newcomb, Esq.*

St. Louis, MO 63131
*Attorney for Square One Development Group, Inc.*

John Cody German, Esq.
Email: cody.german@csklegal.com
Add'l Email: nicolle.quant@csklegal.com
COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building
9150 S. Dadeland Blvd., Suite 1400
P.O. Box 569015
Miami, FL 33256
Telephone: (786) 268-6415
Facsimile: (305) 373-2294
*Attorney for Gerald Stracke*

## NON-CM/ECF PARTICIPANTS

JASON LEVI HEMINGWAY
300 East Lafayette Street
Springfield, Missouri 65810

TAYLOR E. PETTIT
P.O. Box 540
Van Buren, Missouri 63965
Email: taylor.pettit@yahoo.com

*/s/ Glennys Ortega Rubin*
**GLENNYS ORTEGA RUBIN, ESQ.**

ORLDOCS 19943795 2

4