UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-24704-CIV-MARTINEZ-OTAZO-REYES

BLUEGREEN VACATIONS UNLIMITED,
INC., and BLUEGREEN VACATIONS
CORPORATION,

  Plaintiffs,

v.

THE MONTGOMERY
LAW FIRM LLC, *et al.*,

  Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

  **THIS CAUSE** came before this Court upon Plaintiffs' and Defendants the Montgomery Law Firm, LLC; M. Scott Montgomery; W. Todd Newcomb; and Montgomery & Newcomb, LLC's Joint Notice of Settlement, (ECF No. 275), which states that that Plaintiffs and Defendants the Montgomery Law Firm, LLC; M. Scott Montgomery; W. Todd Newcomb; and Montgomery & Newcomb, LLC have reached a settlement in this matter. Accordingly, it is:

  **ORDERED AND ADJUDGED** that:

  1. Plaintiff and Defendants the Montgomery Law Firm, LLC; M. Scott Montgomery; W. Todd Newcomb; and Montgomery & Newcomb, LLC shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before sixty days** from the date of this Order..

  2. All pending deadlines are **VACATED** as to Defendants the Montgomery Law Firm, LLC; M. Scott Montgomery; W. Todd Newcomb; and Montgomery & Newcomb, LLC only.

  3. The Clerk is **DIRECTED** to **DENY** Plaintiffs' Motion for Reconsideration, (ECF

No. 265), as **MOOT**.

4. This Order shall have no effect on the remaining Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of September, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record