UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-24704-CIV-MARTINEZ-OTAZO-REYES

BLUEGREEN VACATIONS UNLIMITED,
INC., and BLUEGREEN VACATIONS
CORPORATION,

    Plaintiffs,

v.

THE MONTGOMERY
LAW FIRM LLC, *et al.*,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** came before this Court upon Plaintiffs' and Defendants Jason Levi Hemmingway, CLS, Inc., and Principal Transfer Group, LLC's Joint Notice and Status Report Relative to Resolution by Plaintiffs and the PTG Defendants, (ECF No. 287), which states that that Plaintiffs and Defendants Jason Levi Hemmingway, CLS, Inc., and Principal Transfer Group, LLC have reached a settlement in this matter. Being advised that Plaintiffs have now settled with all Defendants in this action, (ECF Nos. 199, 275. 281, 287), it is:

**ORDERED AND ADJUDGED** that:

1.    Plaintiff and Defendants Jason Levi Hemmingway, CLS, Inc., and Principal Transfer Group, LLC shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before sixty days** from the date of this Order.

2.	The Clerk shall ADMINISTRATIVELY CLOSE this case for statistical purposes only. This shall not affect the Parties' substantive rights.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of September, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record