UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-24704-CIV-MARTINEZ

BLUEGREEN VACATIONS UNLIMITED,
INC., and BLUEGREEN VACATIONS
CORPORATION,

    Plaintiffs,

v.

THE MONTGOMERY
LAW FIRM LLC, *et al.*,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before this Court upon the Joint Stipulation for Dismissal with Prejudice as to PTG Defendants, (ECF No. 294); the Joint Stipulation for Dismissal with Prejudice as to the RCG Defendants, (ECF No. 295); and the Joint Stipulation for Dismissal with Prejudice as to the Montgomery Defendants, (ECF No. 296) (collectively, the Joint Stipulations"). This Court has reviewed the Joint Stipulations and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

ORDERED and ADJUDGED that that this action is DISMISSED with prejudice as to all remaining Defendants. All pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of October, 2022.

                                                                                          _____
                                                                                          JOSE E. MARTINEZ
                                                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record